# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan (Detroit)

In re Danita Ana Miller
Debtor

Case No. 11-40797
Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** NATIONSTAR MORTGAGE,LLC

**Last four digits** of any number you use to identify the debtor's account: 6455

**Court claim no.** (if known): 2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) $ | 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ | 0.00 |
| 3. Attorney fees | 12-10-2012 | (3) $ | 10.00 |
| 4. Filing fees and court costs | | (4) $ | 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) $ | 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | 0.00 |
| 7. Property inspection fees | | (7) $ | 0.00 |
| 8. Tax advances (non-escrow) | | (8) $ | 0.00 |
| 9. Insurance advances (non-escrow) | | (9) $ | 0.00 |
| 10. Property preservation expenses. Specify: | 12-04-2012, 01-03-2013, 02-05-2013 | (10) $ | 309.75 |
| 11. Other. Specify: Property preservation expenses | 03-05-2013, 04-03-2013, 05-03-2013 | (11) $ | 309.75 |
| 12. Other. Specify: | | (12) $ | 0.00 |
| 13. Other. Specify: | | (13) $ | 0.00 |
| 14. Other. Specify: | | (14) $ | 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

**Part 2: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☒ I am the creditor.

☐ I am the creditor's authorized agent. (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Diana Duarte                                           Date   07/03/2013
   Authorized Filing Agent
   (Approved by: Chad Howell)

Specific Contact Information:                 Nationstar Mortgage, LLC.
P: 877-782-7612                               PO Box 630267
Chad.Howell@nationstarmail.com
                                              Irving, TX 75063

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan (Detroit)

Chapter 13 No. 11-40797

In re:                                                      Judge: Judge Marci B McIvor

Danita Ana Miller

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on July 03, 2013, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor:         Danita Ana Miller
                   11336 Stockwell
                   Detroit, MI 48224

Debtor's Attorney:    Eleanor Cattron Smith
                             243 W. Congress
                             Suite 350
                             Detroit, MI 48226

Trustee:        David Wm Ruskin
                   26555 Evergreen Rd Ste 1100
                   Southfield, MI 48076-4251

/s/ Bill Taylor

Authorized Agent