| UNITED STATES BANKRUPTCY COURT<br>**Eastern District of Michigan (Detroit)** | NOTICE OF CHANGE OF ADDRESS |
|---|---|
| Name of Debtor:<br>Danita Ana Miller | Case Number:<br>11-40797 | |
| Name of Creditor:<br>Nationstar Mortgage LLC | |
| Name of Current Servicer of account:<br>Nationstar Mortgage, LLC | **COURT USE ONLY** |
| Name and Address where notices should be sent:<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br><br>Telephone Number: 877-343-5602 | X Check this box if you are changing the address that notices will go to. |
| Name and Address where payments should be sent (if different from above):<br>Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX  75261-9741 | X Check this box if you are changing the address that payments will go to. |
| **1. Account Number: 6455** | _ Check this box if the account number has changed. |

2. Signature

    Check the appropriate box.
    ☑ I am the creditor.
    ☐ I am the creditor's authorized agent (Attached copy of power of attorney, if any.)
    ☐ I am the trustee, or the debtor.
    ☐ I am a guarantor, surety, indorser, or other codebtor.

    /s/ Michael Daniels                                    Date: 03/30/2015
    Michael Daniels - Assistant Secretary

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan (Detroit)

Chapter 13 No. 11-40797

In re:  Judge: Judge Marci B McIvor

Danita Ana Miller

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

| | |
|---|---|
| Debtor: | Danita Ana Miller<br>11336 Stockwell<br>Detroit, MI 48224 |
| Debtor's Attorney: | Eleanor Cattron Smith<br>615 Griswold<br>Suite 925<br>Detroit, MI 48226 |
| Trustee: | David Wm Ruskin<br>26555 Evergreen Rd Ste 1100<br>Southfield, MI 48076-4251 |

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent

1229914-9c22a8e9-2521-4add-8e64-61d24efae0ef-